In re SCHWEINERT et al. (Court of Appeals of District of Columbia. Submitted November 8, 1920. Decided January 3, 1921.) No. 1323. Appeal from the Commissioner of Patents. In the matter of the application of Maximilian Charles Schweinert and another for the patent of a tire valve. From a decision of the Commissioner of Patents, refusing to grant the patent, applicants appeal. Affirmed. E. V. Myers and G. R. Thompson, both of New York City, and Milans & Milans, of Washington, D. C., for ap-

pellants. T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

PER CURIAM. Appeal from the refusal of the Commissioner of Patents to grant a patent for a tire valve. We agree with the Commissioner that the applicant has made no patentable advance over the prior art. The decision is affirmed. Affirmed.